IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VICTORIA SMITH            PLAINTIFF

V.            4:19CV00036 JM

LITTLE ROCK SCHOOL DISTRICT, et al,            DEFENDANTS

## JUDGMENT

Based upon the Order entered today, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 21st day of February, 2019.

_____
James M. Moody Jr.
United States District Judge